UNITED STATES DISTRICT COURT           SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:15-cv-1273 |
|---|---|---|---|

| Matilda Padilla, Drew Talamantes, and Angelica Talamantes |
|---|
| *versus* |
| NPB Companies, Inc. and Kenneth Ray Payne |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Brian J. Niceswanger<br>Evans & Dixon, L.L.C.<br>1100 Main Street, Suite 2000<br>Kansas City, MO 64105<br>816-472-4600     bniceswanger@evans-dixon.com<br>MO: 36239     KS: 12531 |
|---|---|

| Name of party applicant seeks to appear for: | NPB Companies, Inc. and Kenneth Ray Payne |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes _____   No ✓

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 8/12/2015 | Signed: [signature] |
|---|---|

| The state bar reports that the applicant's status is: | Active |
|---|---|
| Dated: 8/13/2015 | Clerk's signature     /s/ William Bostic |

**Order**

Dated: 8/13/15

This lawyer is admitted *pro hac vice*.

[signature] Lee H. Rosenthal
United States District Judge